IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD NETTLES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0389-CG-B |
| | ) CRIMINAL NO. 12-0220-CG |
| **B. R. JETT, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be construed as a motion to discharge under 18 U.S.C. § 4247, and that this motion be **DENIED** and this action hereby **DISMISSED** without prejudice**.** Further, it is **ORDERED** that, within 60 days of the date of this Order, the Court be provided with an annual report pursuant to 18 U.S.C. § 4247(e)(1)(B) from the director of the Federal Medical Center in Rochester, Minnesota regarding Petitioner.

**DONE and ORDERED** this 6th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE