IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 12-00220-CG |
| REGINALD GARNOR NETTLES | ) |

**ORDER**

This matter is before the Court on Defendant's Motions for Appointment of Counsel (Doc. 50), for Discontinuation of 4243 and a Hearing for 4247(h) (Doc. 51), and for Status re: Report (Doc. 54).

In his first two motions, Defendant Nettles, who was committed to the custody of the Attorney General pursuant to 18 U.S.C. §4243(e) following a finding of not guilty by reason of insanity on the criminal charge in this case, seeks appointment of counsel and a hearing to determine whether or not he should be discharged. The Court finds that because Nettles' case is still open, he continues to be represented by his appointed counsel, Andrew Jones, and that the motion for appointment of counsel (Doc. 50) is therefore **MOOT**. As for the sought-after hearing pursuant to 18 U.S.C. §4247(h), that statute requires that a motion for such a hearing be made by counsel for the defendant, or by defendant's legal guardian, not by a committed defendant *pro se*. Even if defense counsel had moved for such a hearing, given the

1

Psychiatric Report (Doc. 53) filed by the Bureau of Prisons in July which opines that Defendant continues to suffer from a mental disease or defect such that his unconditional release would create a substantial risk of bodily injury to another person or serious damage to the property of another, the Court would deny such motion. Accordingly, the *pro se* motion (Doc. 51) is **DENIED**.

Lastly, Defendant's motion for status (Doc. 54) requests notification concerning whether or not the Bureau of Prisons filed an annual report as previously ordered by this Court. The Court notes that the report, signed by the Warden on June 30, 2016, was filed on July 6, 2016, and a copy was provided to defense counsel. Defendant's motion is found to be **MOOT**.

**DONE** and **ORDERED** this 25th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE